United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART JR.,
Plaintiff,

v.

ROBERT LEE HART, et al.,
Defendants.

Case No. 26-cv-07957-TSH

**ORDER TO SHOW CAUSE**

On August 13, 2026, Plaintiff Eugene Hart[1] filed a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). On August 7 the Court granted the application but found the complaint deficient under 28 U.S.C. § 1915(e). ECF No. 4. The Court ordered Plaintiff to file a first amended complaint by September 18, 2026, advising that failure to do so could lead to dismissal of this case.

On September 1, 2026, Plaintiff filed a 35-page document that includes the case number but otherwise no caption. ECF No. 6. The first ten pages consist principally of handwritten narrative and questions concerning Robert Lee Hart and others. The remaining pages largely consist of credit-report and identity-theft materials from Equifax, together with an electronic filing notice from a different action he filed in this District, *Hart v. Equifax Info. Sys.*, No. 26-0587-PHK. The filing does not identify a single operative set of defendants in a caption or parties section, and it is not organized into the numbered jurisdiction, facts, claims, and relief sections

[1] The Court notes Plaintiff has filed nearly 60 cases in this District in 2026 and has recently been declared a vexatious litigant subject to a pre-filing review requirement. *See Hart v. Lewis*, No. 26-4731-RFL, Dkt. No. 10 (N.D. Cal. Sept. 18, 2026 Order). This case was filed before the screening requirement was entered.

United States District Court
Northern District of California

required by the August 7 screening order.[2] As the Court could not determine whether Plaintiff intended ECF No. 6 to be his amended complaint, a submission of evidence in support of his original complaint, or some other supplemental filing, the Court provided another opportunity to file an amended complaint that complies with the August 7 screening order and directed Plaintiff to file by September 22, 2026 a complete, standalone pleading entitled "FIRST AMENDED COMPLAINT." ECF No. 8. The Court again warned that failure to timely file an amended complaint that complies with the August 7 screening order may result in dismissal of this action. Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff Eugene Hart to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by October 13, 2026. Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at:

[2] The Court also notes Plaintiff filed the same document in several other cases he has filed in this District.

https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: September 28, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California