UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART JR.,
Plaintiff,

v.

ROBERT LEE HART, et al.,
Defendants.

Case No. 3:26-cv-07957-JSC

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 11

The Court has reviewed Magistrate Judge Thomas S. Hixson's report and recommendation to dismiss this action for failure to prosecute and failure to comply with the court's orders. (Dkt. No. 11.) Judge Hixson previously granted Plaintiff's in forma pauperis application and dismissed the complaint under 28 U.S.C. § 1915(e) for failure to state a claim upon which relief could be granted. (Dkt. No. 4.) Plaintiff did not file an amended complaint by the deadline to do so and did not respond to Judge Hixson's subsequent Order to Show Cause as to why the action should not be dismissed for failure to prosecute. (Dkt. No. 10.) When Plaintiff failed to respond to that order as well, Judge Hixson issued the underlying report and recommendation recommending the action be dismissed for failure to prosecute and failure to comply with the Court's orders. (Dkt. No. 11.)

Objections to Judge Hixson's order were due on or before November 2, 2026. *See* Fed. R. Civ. P. 72(b)(2). As of today's date, no objection or other response has been filed by any party.

Having reviewed the matter de novo, the Court ADOPTS the Report and Recommendation in its entirety and dismisses the action with prejudice for failure to prosecute and failure to comply

United States District Court
Northern District of California

United States District Court
Northern District of California

with the court's orders.[1]

This Order disposes of Docket No. 11.

**IT IS SO ORDERED.**

Dated: November 3, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

[1] Plaintiff has filed nearly 60 cases in this District in 2026 and has recently been declared a vexatious litigant subject to a pre-filing review requirement. *See Hart v. Lewis*, No. 26-4731-RFL, Dkt. No. 10 (N.D. Cal. Sept. 18, 2026 Order). While this case was filed before the vexatious litigant order was entered, the Court finds it appropriate to dismiss with prejudice under these circumstances.